1  BENJAMIN B. WAGNER
   United States Attorney
2  E. ROBERT WRIGHT (SBN 51861)
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

**FILED**

DEC 20 2010

CLERK, U.S. DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  2:10-CV-03382-MCE-EFB
                                      )
12 |        Plaintiff,                )  **ORDER REGARDING CLERK'S**
                                      )  **ISSUANCE OF WARRANT FOR**
13 |   v.                             )  **ARREST OF ARTICLES *IN REM***
                                      )
14 | APPROXIMATELY $19,700.00 IN      )
     U.S. CURRENCY,                   )
15 |                                  )
            Defendant.                )
16 |_____ )

17     WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been

18 filed on December 20, 2010, in the United States District Court

19 for the Eastern District of California, alleging that the

20 defendant Approximately $19,700.00 in U.S. Currency (hereafter

21 "defendant currency") is subject to forfeiture to the United

22 States pursuant to 21 U.S.C. § 881(a)(6) for one or more

23 violations of 21 U.S.C. §§ 841 *et seq.*;

24     And, the Court being satisfied that, based on the Verified

25 Complaint for Forfeiture *In Rem* and the affidavit of Federal

26 Bureau of Investigation Special Agent Rebecka E. Brown, there is

27 probable cause to believe that the defendant currency so

28 described constitutes property that is subject to forfeiture for

                    1   Order Regarding Clerk's Issuance of Warrant
                            for Arrest of Articles *In Rem*

such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: Dec 20, 2010

KENDALL J. NEWMAN
United States Magistrate Judge