1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID T. SHELLEDY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2799

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   2:10-CV-03382-MCE-EFB
                                     )
12          Plaintiff,               )   FINDINGS AND RECOMMENDATIONS
                                     )
13      v.                           )
                                     )
14  APPROXIMATELY $19,700.00 IN      )
    U.S. CURRENCY,                   )
15                                   )
            Defendant.               )
16  _____ )

17      This matter came before the Honorable Judge Edmund F.

18  Brennan on the United States' *ex parte* motion for default

19  judgment.  There was no appearance by or on behalf of any other

20  person or entity claiming an interest in the above-captioned

21  defendant currency to oppose the United States' motion.  Based on

22  the United States' motion and the files and records of the court,

23  THE COURT FINDS as follows:

24      1.  This action arose out of a Verified Complaint for

25  Forfeiture *In Rem* filed December 20, 2010.

26      2.  The United States has moved this Court, pursuant to

27  Local Rule 540, for entry of default judgment of forfeiture

28  against potential claimants Bruce Langford, Theresa Langford, and

                            1        Findings and Recommendations

John Brannon.

3.  The Clerk entered default against potential claimants Bruce Langford, Theresa Langford, and John Brannon on February 11, 2011.

4.  The United States has shown that a complaint for forfeiture was filed; that potential claimants Bruce Langford, Theresa Langford, and John Brannon received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1.  That the United States' motion for default judgment and final judgment of forfeiture be granted;

2.  That a judgment by default be entered against any right, title, or interest of potential claimants Bruce Langford, Theresa Langford, and John Brannon in the defendant currency referenced in the above caption;

3.  That a final judgment be entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law.

4.  That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Morrison C. England, Jr. and filed by the Clerk of the Court.

Dated:  April 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE