1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID T. SHELLEDY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2799

5  Attorneys for the United States

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    2:10-CV-03382-MCE-EFB
                                )
12          Plaintiff,          )    DEFAULT JUDGMENT AND FINAL
                                )    JUDGMENT OF FORFEITURE
13     v.                       )
                                )
14 APPROXIMATELY $19,700.00 IN  )
   U.S. CURRENCY,               )
15                              )
            Defendant.          )
16 _____)

17     This matter came on before the Honorable Magistrate Judge
18 Edmund F. Brennan on the United States' *ex parte* motion for
19 default judgment.  There was no appearance by or on behalf of any
20 other person or entity claiming an interest in the above-
21 captioned defendant currency to oppose the United States' motion.
22 The Magistrate Judge has recommended that the United States'
23 motion for default judgment be granted.  Based on the Magistrate
24 Judge's Findings and Recommendations and the files and records of
25 the Court, it is
26     ORDERED, ADJUDGED AND DECREED:
27     1.  The Magistrate Judge's Findings and Recommendations are
28 adopted herein.

    2.   Bruce Langford, Theresa Langford, and John Brannon are held in default.

    3.   A judgment by default is hereby entered against any right, title, or interest of Bruce Langford, Theresa Langford, and John Brannon in the defendant currency referenced in the above-caption.

    4.   A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law.

    5.   All parties shall bear their own costs and attorneys' fees.

    IT IS SO ORDERED.

Dated: April 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE